FBI Director:

James Comey
131 Russell Senate Office Building
Washington, DC
20510

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2015 JAN 22 AM 9:20
CLERK_____
SO. DIST. OF GA.

To: Judge James Graham
Southern District Court
PO Box 1636
Brunswick, GA.
31521


Jon Paul Carter


VS


GA Dept of Corrections
Ware County

## Factual Statement

The Plaintiff claims Public Officials Framed him in Prison due to there involvement of Organized Crime that involves Governor Nathan Deal, & Mayor Kasim Reed of Atlanta.

Plaintiff produces Transcripts of a GBI Agent Jody Ponsell, now at GA Dept of Labor in Security, who was used by a District Attorney (Ware Co.) who orchestrates murder of several people.

Plaintiff has a Video-Tape to prove Transcripts are Perjury to put Plaintiff in Prison where he received Inhumane Treatment and Torture ordered by the Governor's Office and Government of Ware County.

Former District Attorney Ware Co. (Richard Currie) and many Public Officials have run a Drug Cartel in several Counties involving lawyers, Judges, and many Sheriffs. Murders of Carlton Evans, Van Street, Terry Louse, and Garwayne Johnson were orchestrated by their power.

-1-

## Factual Statement

Plaintiff will prove involvement of Appeals Court who wrongfully held illegal convictions. Other Appeals Court had Video Tape to compare with transcripts. Plaintiff was denied request of Jury to see Video Tape in Case 98R-181 by this Appeal of A99A1479 Jon Paul Carter v. The State.

Plaintiff revealed these Murders to Office of Governor under Sonny Perdue and Nathan Deal.

Plaintiff then received Torture by their order over Corrections.

I. For 14 years Plaintiff was kept in Lockdown Units in the most violent places in Georgia

II. Plaintiff a former Correctional Officer was the only Ex-Law in Hi-max (Jackson, GA) with hits on Plaintiff by Gangs to have him killed.

III. Numerous Years windows painted Black and no area to see outside. To avoid Urine and Feces thrown by Gang members Plaintiff had to stay inside his cell of Inhumane Treatment.

-2-

## Factual Statement

IV. Courts violated law and his Constitutional Rights to have Plaintiff moved to Prison designed for Ex-law

V. Plaintiff detailed a Property Governor Nathan Deal, and Mayor Kasim Reed use for Human Traffic. Victims of a 12 and 13 year old females held and others. These Officials wear mask and Rape young teens and Women, and Produce video/DVD to put on the market.

Plaintiff was fed spoiled food and below guidelines for his legal work and letters. He was purposely put in Tier Programs without any violent Records.

Documented on Sept 29, 2014 of weight of 145 pounds of mistreatment by their order when Plaintiff A left weighs a Idealthy weight of 180 to 195 pounds. Plaintiff was starved for over 10 years and fed cold food.

-3-

# Factual Statement

Plaintiff Punitive Damage of <u>25 million</u> against The Department of Corrections and WARE County.

Plaintiff ask for a federal Investigation and case made public by <u>Judge James Graham</u> Southern District Court.

12-29-14

Jon Paul Carter
470 Double Branch Rd
Waycross, Ga.
31503

912-285-5633

-4-

6/30/2014 || Georgia Department of Corrections || Find an Offender

Official Portal for the State of Georgia
Georgia Governor Nathan Deal

# Georgia Department of Corrections

- Find an Offender
- Find a Facility
- Send Money
- News
- About GDC
- Divisions
- Offender Information
- Community Services
- News
- Reports
- GDC Jobs
- GA Sex Offender Registry

★ Translate Search

TEXT

## Find an Offender

Click here to start over | Return to previous screen

The following represents the most recent information for this offender in our website database. However, this information is not delivered in "real time", and there may have been recent changes that are not displayed bel you have questions, or find the below information incorrect, please contact email us by checking this link. On click the link, please select the category *Information about a specific Offender/Transfers/County Jail Pick*

CARTER, JONATHAN PAUL
GDC ID: 0000987197



1    A    And their child.  That would be the child that
2  Mr. Carter is the father of.
3    Q    All right.
4    A    And that they had had, basically, an
5  altercation, and that he had confronted Mr. Chambless,
6  and he told Mr. Chambless he needed to watch hisself as
7  far as what he was doing.
8    Q    All right.  Did he admit -- did he make any
9  sort of a statement to you in regards to killing Mr.
10 Chambless or his training pertaining to when he spoke
11 with him at Adolph's?  I don't know if my question was
12 clear, but did Mr. Carter make any statement to you about
13 being trained to kill individuals and ...
14   A    Yeah.  Mr. Carter stated to me that he had -
15 he had received training while he was in the military in
16 conjunction with special forces that he was - I believe
17 he had told me that he had been trained twenty different
18 ways to kill someone.
19   Q    All right.  Do you recall him -- I guess is
20 what I'm getting at -- do you recall him making the
21 statement that follows: "I am a Christian, and that's why
22 I think I did not kill him because I've been trained to
23 kill people."
24   A    Yes.
25   Q    Did he make that statement to you?

*[handwritten annotations in red: "GBI" next to line 14, "Asst DA" next to lines 18-19, "GBI" next to line 24]*

92

*Statements not on Interview Tape*

```
 1      A    Yes, he did.
 2      Q    All right.  Did he make any statements to you
 3  in regards to what he would do if he ever came across
 4  Vernon again?
 5      A    He told me that if he came across Vernon and    [GBI]
 6  if Vernon said the wrong thing to him, which I have no
 7  idea what that could be, but if he said the wrong thing
 8  to him, that he would hurt him.
 9      Q    All right.  Do you remember exactly what he
10  said other than "hurt him"?
11      A    I believe he said he would kill him.  He        [GBI]
12  thought -- he - he - his statement to me was, "I think I
13  would kill him."
14      Q    Okay.
15      A    Or, "I could be able to kill him if he said
16  the wrong thing to me."
17      Q    Okay.  The person that you interviewed at the
18  Ware County Sheriff's Office on May 22nd, 1998, is he
19  present in court today?
20      A    Yes, sir, he is.
21      Q    Okay.  Could you point him out and describe
22  what he's wearing.
23      A    Mr. Carter - right there.
24           ASST. D.A. SEREEBUTRA:  May the record reflect
25      the witness has identified the Defendant Jon Paul
```

93

# ROBERT L. CROWE, P.C.

Attorney at law

601 "I" Street
Post Office Box 1891

Brunswick, Georgia 31521-1891
email: rlcrowe@gate.net

telephone: (912) 265-8989                                                                                                  facsimile: (912) 262-0072

November 28, 2006

Richard Currie
District Attorney
Waycross Judicial Circuit
201 State Street
Waycross, Georgia 31501

RE: Letters of Jon Paul Carter

*[handwritten annotation in red:] Cartel - orchestrated Murders with Special Agents and Newspaper to put out false stories to Trick the Public. Sheriff, Attorney in Brunswick All involved in my being framed in Prison.*

Dear Rick:

Mr. Carter asked me to get the letters which the Sheriff had withheld from the mail. Enclosed please find a copy of the letter which the Sheriff sent to me in regards to my inquiry about the letters.

It seems that the letters are in your custody.

Are you holding them as evidence? What do I need to do to get those letters? Please call me and let me know what your position is.

As always, I appreciate your assistance in this matter.

Sincerely,

_____
Paula J. Crowe

\pc

*Cartel who intercepted my mail which is illegal*



# OFFICE OF THE SHERIFF
3487 Harris Road, (912) 287-4325
WAYCROSS, GA 31503

RONNIE H. McQUAIG / SHERIFF

W. L. CADY
Chief Deputy

RANDY F. ROYAL
Major of Administration

DANNY CHRISTMAS
Capt. Jail Administrator

LT. BRYAN ROBBINS
Patrol Commander

FRANCINE BENNETT
Office Manager

November 7, 2006

Robert L. Crowe
P O Box 1891
Brunswick, GA 31521-1891

Re: Letters of John Paul Carter

Dear Mr. Crowe:

Please be advised that all letters that were intercepted by the jail staff on the above named subject have already been forwarded to the District Attorney's Office. Therefore, contact District Attorney, Richard E. Currie at his office.

Sincerely,

Ronnie H. McQuaig
Sheriff Ronnie H. McQuaig
Ware County

RHM/fb
cc: Richard E. Currie

13/30/2014 || Georgia Department of Corrections || Find an Offender

YOB: 1967
RACE: WHITE
GENDER: MALE
HEIGHT: 6'00"
WEIGHT: 160
EYE COLOR: BROWN
HAIR COLOR: BLACK
SCARS, MARKS, TATTOOS

INCARCERATION DETAILS
MAJOR OFFENSE: AGGRAV STALKING
MOST RECENT INSTITUTION: GA STATE PRISON
MAX POSSIBLE RELEASE DATE: 09/30/2014 Important Release Information
For parole information please go to Georgia State Board of Pardons and Paroles website.

ACTUAL RELEASE DATE: 09/30/2014
CURRENT STATUS: INACTIVE

*Illegally in Prison.* [handwritten annotation]

KNOWN ALIASES
A.K.A. CARTER,J P
A.K.A. CARTER,JOE PAUL
A.K.A. CARTER,JOHN PAUL
A.K.A. CARTER,JON PAUL
A.K.A. CARTER,JONATHAN PAUL

STATE OF GEORGIA - CURRENT SENTENCES
CASE NO: 616594
OFFENSE: AGGRAV STALKING
CONVICTION COUNTY: WARE COUNTY
CRIME COMMIT DATE: 03/01/2000
SENTENCE LENGTH: 9 YEARS, 11 MONTHS, 29 DAYS

STATE OF GEORGIA - PRIOR SENTENCES
CASE NO: 444363
OFFENSE: TERRORIST THREATS & ACTS
CONVICTION COUNTY: WARE COUNTY
CRIME COMMIT DATE: N/A
SENTENCE LENGTH: 0 YEARS, 71 MONTHS, 29 DAYS
CASE NO: 444363
OFFENSE: simple assault
CONVICTION COUNTY: WARE COUNTY
CRIME COMMIT DATE: N/A
SENTENCE LENGTH: 0 YEARS, 11 MONTHS, 29 DAYS

STATE OF GEORGIA - INCARCERATION HISTORY
INCARCERATION BEGIN   INCARCERATION END
02/22/2007            09/30/2014

*The Court of Appeals*
*Office of the Clerk*
*334 State Judicial Building*
*Atlanta, Georgia 30334*

WILLIAM L. MARTIN, III
CLERK AND COURT ADMINISTRATOR

(404) 656-3450

December 4, 2000

*[handwritten annotation: Video Tape Interview allowed by Testimony of GBI but Kept Video from Jury.]*

Mr. Jon Paul Carter
EF444363, E1-50
Georgia State Prison
100 Georgia Highway 147
Reidsville, Georgia 30499

RE:   A99A1479.   Jon Paul Carter v. The State

Dear Mr. Carter:

I am in receipt of your mailing of postmark date November 29, 2000 addressed to Judge John H. Ruffin, Jr. of this Court. Enclosed please find copies of my previous correspondence to you dated October 26 and November 7.

The above appeal was docketed in this Court on March 30, 1999. The Court of Appeals affirmed the judgment of the trial court by this Court's opinion of August 8, 1999. The remittitur issued from this Court on August 26, 1999, divesting this Court of jurisdiction. The case is reported at 239 Ga. Appeals 549.

There is no other case docketed in the Court of Appeals of Georgia under the name of Jon P. Carter.

Sincerely,

William L. Martin, III
Administrator/Clerk
Court of Appeals of Georgia

WLM, III/ld
Enclosure

Cases to Kept me in Inhumane Treatment.

US Courts, Middle District
PO Box 128
Macon, GA.
31202

Case #5:13-CV-44
Case #5:13-CV-0115

Judge Marc Treadwell
Judge Louis Sands

US District Court
75 Spring St SW
Atlanta, GA
30303

Judge Linda Walker
Judge William S Duffey Jr

Case 1:13-CV-4278